United States District Court
Southern District of Texas
**ENTERED**
May 22, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| NAIN A. VALLE ROSALES, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 4:26-cv-03245 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| RANDY TATE, *et al*, | § | |
| Respondents. | § | |

## ORDER

Petitioner Nain A. Valle Rosales filed a petition for writ of habeas corpus under 28 USC §2241 on April 21, 2026. Dkt 1. He acknowledges illegal entry into the United States at a prior date but nonetheless asserts that his present detention violates (i) the Due Process Clause of the Fifth Amendment, and (ii) the Immigration and Nationality Act. Id at ¶¶18, 25–58.

Pending also is a motion by the Government for summary judgment. Dkt 7. It states that Petitioner is lawfully detained pursuant to a final order of removal under 8 USC §1231 and that detention comports with the Supreme Court's decision in *Zadvydas v Davis*, 533 US 678, 701 (2001). Id at 4–6. To that end, it attaches a declaration from Deportation Officer Todd Rubin certifying that Petitioner was scheduled to be removed to El Salvador on May 12, 2026. Dkt 7-1 at ¶24.

Despite this representation, nothing establishes whether such removal has been effectuated. It thus remains unclear whether removal has occurred or if decision should proceed on the merits.

The Government is ORDERED to make a filing by June 1, 2026, providing an update on Petitioner's status and whether he has been removed to El Salvador.

SO ORDERED.

Signed on May 22, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge