## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| NAIN A. VALLE ROSALES, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 4:26-cv-03245 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| RANDY TATE, *et al*, | § | |
| Respondents. | § | |

### ORDER ON DISMISSAL

Pending is a status report by the Government stating that Petitioner was removed from the United States on May 12, 2026, and thus no longer remains in the custody of the Department of Homeland Security. See Dkt 12.

The challenged detention having now concluded, no live claims remain in this action.

The motion by the Government for summary judgment is DENIED AS MOOT. Dkt 7.

The petition for writ of *habeas corpus* by Petitioner Nain A. Valle Rosales is DENIED AS MOOT. Dkt 1.

This action is DISMISSED WITHOUT PREJUDICE.

A final judgment will enter separately.

SO ORDERED.

Signed on ___June 03, 2026___ , at Houston, Texas.

Honorable Charles Eskridge
United States District Judge